UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS,<br><br>Plaintiff,<br><br>v.<br><br>KALSHIEX LLC,<br><br>Defendant. | Case No. 1:25-cv-12595-RGS<br><br>Removed from the Superior Court of the State of Massachusetts, Suffolk County,<br>Civil Action No. 2584-cv-02525 |

## COMMONWEALTH'S MOTION TO REMAND

Plaintiff Commonwealth of Massachusetts ("Plaintiff" or the "Commonwealth"), by and through Attorney General Andrea Joy Campbell, pursuant to 28 U.S.C. § 1447(c), respectfully moves this Court to issue an order consistent with the terms of the Proposed Order Granting Commonwealth's Motion to Remand, attached hereto as **Exhibit A.**

The Commonwealth seeks an order remanding this action to Suffolk Superior Court.

1

Respectfully submitted,

ANDREA JOY CAMPBELL
MASSACHUSETTS ATTORNEY GENERAL

Dated: September 24, 2025

By: */s/ Alda Chan*
Alda Chan, BBO # 705204
Louisa E. Castrucci, BBO # 692208
Joshua Edlin, BBO # 715110
Jared Rinehimer, BBO # 684701
M. Patrick Moore, BBO # 670323
Assistant Attorneys General
One Ashburton Place
Boston, Massachusetts 02108

617-963-2525 / alda.chan@mass.gov
617-963-2848 / louisa.castrucci@mass.gov
617-963-2905 / joshua.edlin@mass.gov
617-963-2594 / jared.rinehimer@mass.gov
617-963-7491 / pat.moore@mass.gov

## CERTIFICATE OF CONFERRAL

Pursuant to Local Rule 7.1(a)(2), I hereby certify that the Plaintiff has conferred with all parties to this action who may be affected by the relief sought in this motion in a good faith effort to resolve the issues, but has been unable to resolve the issues.

                                                   */s/ Alda Chan*
                                                   Alda Chan

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2025, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                   */s/ Alda Chan*
                                                   Alda Chan