# **Exhibit A**

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS,<br><br>Plaintiff,<br><br>v.<br><br>KALSHIEX LLC,<br><br>Defendant. | Case No. 1:25-cv-12595-RGS<br><br>Removed from the Superior Court of the State of Massachusetts, Suffolk County,<br>Civil Action No. 2584-cv-02525 |

### [PROPOSED] ORDER GRANTING COMMONWEALTH'S MOTION TO REMAND

This matter having come before the Court on the Plaintiff the Commonwealth of Massachusetts's ("Plaintiff") Motion to Remand, it is hereby **ORDERED** that:

1. Plaintiff's Motion to Remand is **ALLOWED**;

2. This action is **REMANDED** to the Superior Court of the Commonwealth of Massachusetts, Suffolk County, Civil Action No. 2584-cv-02525.

**SO ORDERED**

DATE:_____     _____
                                  Honorable Richard G. Stearns
                                  Judge, United States District Court
                                  District of Massachusetts

1