# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS,<br><br>Plaintiff,<br><br>v.<br><br>KALSHIEX LLC,<br><br>Defendant. | Case No. 1:25-cv-12595-RGS |

## NOTICE OF APPEARANCE OF THE COMMONWEALTH OF MASSACHUSETTS

Please notice my appearance on behalf of Andrea Joy Cambell, the Attorney General of the Commonwealth of Massachusetts, as counsel for Plaintiff Commonwealth of Massachusetts in the above-captioned case.

Respectfully submitted,

ANDREA JOY CAMBELL
MASSACHUSETTS ATTORNEY
GENERAL

Dated: October 15, 2025                  By:  /s/ *Louisa Castrucci*
                                         Louisa Castrucci
                                         BBO # 692208
                                         Assistant Attorney General
                                         One Ashburton Place
                                         Boston, Massachusetts 02108
                                         Telephone: 617-963-2848
                                         Louisa.castrucci@mass.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2025, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Louisa Castrucci*

Louisa Castrucci