UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**<u>Commonwealth of Massachusetts</u>**
    Plaintiff

v.                                               Civil Action No. **<u>1:25-cv-12595-RGS</u>**

**<u>KalshiEX LLC</u>**
    Defendant

## <u>ORDER OF REMAND</u>

<u>Stearns, DJ</u>

In accordance with this Court's Order dated <u>October 28, 2025</u>, granting the plaintiff's motion to remand, it is hereby ordered that this case be REMANDED to Massachusetts Superior Court for Suffolk County for further proceedings.

                                                                                BY THE COURT,

                                                                                <u>/s/ Jacqueline Martin</u>

                                                                                Deputy Clerk

DATED: October 28, 2025